**J. Frank Armstrong, appellant, v. Robert S. Abbott, appellee. Gen. No. 26,817.**

Action for libel contained in defendant's paper. Judgment for

defendant. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Richard Hill, Jr. and Walter M. Farmer, for appellant. Albert B. George, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Mr. Justice Matchett delivered the opinion of the court.